UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARTANIEL PRUITT,

    Plaintiff,

v.                                            Case No. 21-cv-00167-JPG

KENNY BENZING, et al.,

    Defendants.

## JUDGMENT

This matter having come before the Court, and the Court granting summary judgment in favor of Defendants Kenny Benzing and Rich Stevenson.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Dartaniel Pruitt Complaint against Defendants Kenny Benzing and Rich Stevenson is **DISMISSED WITH PREJUDICE.**

**DATED: February 22, 2023**          MONICA A. STUMP, Clerk of Court
                                                              **s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**